UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

MAY - 1 2015

In re: Martha Brooks, and
David Brooks
      Debtors     /

Case No. 14-32352-AJC
Chapter 13

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification Mediator, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on April 24, 2015 and the following parties were present:

1. [ X ]The Debtor [and Debtor's attorney], Martha Brooks and James A. Poe.
2. [ X ]. Co-Obligor, David Brooks, and his counsel, James A. Poe.
3. [ X ]The Lender's representatives: Phillip Vittali, Emily Spruiell and Maria Uribe and Lender's attorney, George Wise.
4. [ ] Other: _____

**B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

1. [ ]The parties reached an agreement.
2. [ X ]The parties did not reach an agreement.

Dated: *April 27, 2015*

*Betsy F. Yegelwel* (signature)
Signature of Mediator
Print name: Betsy F. Yegelwel, Esq.
Address: 2150 SW 13th Avenue
Miami, FL 33145
Telephone: 305-858-2706
email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)